UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

**John Doe**,

Plaintiff,

v.

**Charles Schwab & Co., Inc.**,
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801
Defendant.

Civil Action No.: 25-2253

## DECLARATION OF JOHN DOE IN SUPPORT OF MOTION TO PROCEED UNDER A PSEUDONYM

I, John Doe, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1. I am the Plaintiff in this matter, and I am self-represented.
2. I am the Plaintiff in the above-captioned matter. I submit this declaration in support of my Motion to Proceed Under a Pseudonym and for a Protective Order.
3. I work in a highly regulated profession where public trust and professional reputation are vital. Due to the sensitive nature of the subject matter in this litigation, public disclosure of my identity would pose a serious risk of professional, reputational, emotional, and financial harm.
4. I am a licensed professional in good standing and have worked for more than 40 years in the financial services industry with an impeccable record of integrity and professionalism.
5. I am subject to professional codes of ethics, industry scrutiny, and client expectations that rely heavily on perceptions of trustworthiness, sound judgment, and character. Any adverse publicity related to this litigation—regardless of outcome—could unfairly jeopardize my job, prompt internal review, or trigger investigations affecting my licensure and career trajectory.
6. Beyond professional harm, disclosure of my identity would inflict significant emotional distress. I am currently facing serious financial hardship, including the risk of foreclosure on my family's primary residence. This litigation has already placed an immense burden on my household.
7. I am also actively working to repair and strengthen my relationship with my spouse. We are navigating a sensitive time in our marriage, and the stress and stigma of public disclosure would severely damage our efforts to rebuild our bond and provide emotional stability for each other.

8. Public exposure would cause more pain and suffering as a innocent victim of this advanced, exploitative, and psychologically manipulative and fraudulent Pig Butchering Scheme (PBS) which would cause further profound embarrassment, strain those relationships, and likely lead to lasting reputational consequences for both me and my family.
9. I have taken proactive steps to preserve my anonymity, including filing this motion before serving the Complaint. I am not seeking pseudonymity for any improper or strategic reason. Rather, it is solely to protect my well-being and the welfare of my family in the face of highly personal, sensitive, and potentially damaging circumstances.
10. I respectfully ask the Court to allow me to proceed under the pseudonym "John Doe" and to permit redaction and sealing of materials that could identify me publicly.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 14, 2025


/s/ John Doe
John Doe (pseudonym)
Pro Se Plaintiff

Case 2:25-cv-02253-GJP   Document 9-2   Filed 05/15/25   Page 3 of 3